UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES WOOD,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>SOUTHWEST AIRLINES CO.,<br><br>　　　　Defendant.<br>_____ | No. 2:14-cv-1421 KJM CKD |
| THE FEDERAL INSURANCE COMPANY,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>SOUTHWEST AIRLINES CO,<br><br>　　　　Defendant. | No. 2: 14-cv-1435 MCE CKD<br><br><br>**RELATED CASE ORDER** |

　　　　Examination of the above-captioned actions reveals that they are related within the meaning of Local Rule 123(a). Here, "both actions involve similar questions of fact and the same question of law and their assignment to the same Judge or Magistrate Judge is likely to effect a substantial savings of judicial effort." Local Rule 123(a)(3). Accordingly, the assignment of

1

1   these matters to the same judge is likely to effect a substantial savings of judicial effort and is
2   likely to be convenient for the parties.
3         The parties should be aware that relating cases under Rule 123 causes the actions
4   to be assigned to the same judge – it does not consolidate the actions.  Under Rule 123, related
5   cases are generally assigned to the judge and magistrate judge to whom the first filed action was
6   assigned.
7         As a result, it is hereby ORDERED that  No. 2:14-cv-1435 MCE CKD is
8   reassigned from Chief Judge England to the undersigned; as the Magistrate Judge assigned to
9   both cases is the same, no reassignment is necessary.  Henceforth, the caption on documents filed
10  in the reassigned case shall be shown as: 2:14-cv-1435 KJM CKD.
11        It is further ORDERED that the Clerk of the Court make appropriate adjustment in
12  the assignment of civil cases to compensate for this reassignment.
13        IT IS SO ORDERED.
14  DATED:  July 14, 2014.

_____
UNITED STATES DISTRICT JUDGE