UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES WOOD, | No. 2:14-cv-01421-KJM-CKD |
| Plaintiff, | |
| v. | ORDER |
| SOUTHWEST AIRLINES CO., and DOES 1 through 25, inclusive, | |
| Defendants. | |

On August 25, 2014, the Federal Insurance Company ("lien claimant"), the workers' compensation insurance carrier for plaintiff, filed an application for lien in accordance with California Labor Code section 3856(b).  (ECF 8.)  No opposition has been filed.

Section 3856(b) provides, in pertinent part:

> If the action [against a third party] is prosecuted by the employee alone, the court shall first order paid from any judgment for damages recovered the reasonable litigation expenses . . . together with a reasonable attorney's fee . . . . After the payment of such expenses and attorney's fee the court shall, on application of the employer, allow as a first lien against the amount of such judgment for damages, the amount of the employer's expenditure for compensation together with any amounts to which he may be entitled as special damages . . . .

Cal. Lab. Code § 2856(b).

Lien claimant avers it has "incurred an obligation to provider [sic] workers' compensation benefits to plaintiff Charles Wood as a result of his work-related injuries incurred

1

1  on or about May 2, 2012," and it has provided workers' compensation "benefits to Charles Wood
2  and is obligated to continue to do so." (ECF 8 at 4 (Decl. of Stephen Snyder).) Accordingly, lien
3  claimant's application for a first lien in the amount to be determined after the payment of
4  plaintiff's litigation expenses and attorney's fees is hereby GRANTED.
5          IT IS SO ORDERED.
6  DATED: September 16, 2014.

                               UNITED STATES DISTRICT JUDGE