UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES WOOD, | No. 2:14-CV-1421 KJM CKD |
| Plaintiff, | |
| v. | ORDER |
| SOUTHWEST AIRLINES CO., and DOES 1 through 25, inclusive, | |
| Defendants. | |

       In an order filed by the court on June 13, 2014, a status conference was set for October 30, 2014, and the parties were instructed to file a joint status report at least seven (7) days prior to the conference. The parties filed their joint status report on October 15, 2014, but there was no appearance by Edward Schade at the October 30, 2014 conference.

       Accordingly, plaintiff's counsel is ordered to show cause on or before November 13, 2014, why counsel should not be sanctioned in the amount of $250.00 for failing to appear.

DATED: November 4, 2014.

_____
UNITED STATES DISTRICT JUDGE