**TIMOTHY J. RYAN, SBN 99542**
**REBEKKA R. MARTORANO, SBN 173600**
**MARYSIA OKREGLAK, SBN 199148**
**THE RYAN LAW GROUP**
2379 Gateway Oaks Drive, Suite 100
Sacramento, California 95833
Telephone:  (916) 924-1912
Facsimile:   (916) 923-3872
tryan@ryanlg.com
rmartorano@ryanlg.com
mokreglak@ryanlg.com

Attorneys for Defendant
SOUTHWEST AIRLINES CO.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| CHARLES WOOD,<br><br>            Plaintiff,<br><br>v.<br><br>SOUTHWEST AIRLINES CO., and DOES 1 through 25, inclusive,<br><br>            Defendants. | **14-1421 KJM CKD**<br><br>**STIPULATION AND ORDER REGARDING NEUROLOGICAL EXAMINATION OF PLAINTIFF** |

The parties in the above-captioned matter hereby stipulate as follows:

1.   Defendant Southwest Airlines Co. has requested a neurological examination of plaintiff Charles Wood ("Plaintiff").  The scope of the examination will be to evaluate Plaintiff's claim of  an alleged concussion injury suffered in an incident on May 2, 2012, as alleged in Plaintiff's complaint and deposition testimony.

2.   The examination will be conducted by Eric Van Ostrand, M.D., a board certified

1
**STIPULATION AND ORDER REGARDING NEUROLOGICAL EXAMINATION OF PLAINTIFF**

neurologist who is licensed to practice in California, and is qualified to conduct the requested examination.

    3. The estimated time for the examination is 2 hours.

    4. The examination will be a standard neurological examination and will include the following components: taking a medical history; performing a physical examination which may include activities such as the examination of sensory responses, motor reflexes and gait; and examining Plaintiff's language skills, memory, visual/spatial abilities and concentration.

    5. The examination is scheduled to take place on April 20, 2015 at 11:30 a.m. at the following location: 1111 Howe avenue, Suite 240, Sacramento, CA 95825.

    6. Plaintiff will be charged a cancellation fee of $625 for a failure to appear for the examination, or for a late cancellation with less than five days notice (excluding holidays and weekends).

    7. The provisions of Federal Rules of Civil Procedure, Rule 35 subdivision (b) shall apply and are incorporated by reference in this stipulation.

    8. The examining doctor's report will be in writing and will set out in detail the examiner's findings, including diagnosis, conclusions, and the results of any tests given to or taken by the Plaintiff.

    9. Within a reasonable time following the examination, not to exceed 60 days, Defendant shall deliver a copy of the examiner's report, together with like reports of all earlier examinations of the same condition and all medical record reviews prepared by, relied upon, or reviewed by the examining doctor with regard to the Plaintiff and Plaintiff's condition. If the examiner's written report is not provided, the court may exclude the examiner's report and testimony at trial.

10. The examining doctor shall be subject to deposition in this proceeding regarding his retention, examination, document review, and findings.

IT IS SO STIPULATED.

Dated: March 6, 2015　　　　　　　　　ASHTON & PRICE, LLP

　　　　　　　　　　　　　　　　　　By:　　/s/ Edward Schade
　　　　　　　　　　　　　　　　　　　　　EDWARD SCHADE
　　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　　　　　　　　CHARLES WOOD

Dated: March 6, 2015　　　　　　　　　THE RYAN LAW GROUP

　　　　　　　　　　　　　　　　　　By:　　/s/ Rebekka Martorano
　　　　　　　　　　　　　　　　　　　　　REBEKKA R. MARTORANO
　　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　　　　　　　　SOUTHWEST AIRLINES CO.

## ORDER

IT IS HEREBY ORDERED that the Stipulation Regarding Neurological Examination of Plaintiff is approved.

Dated:  March 12, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE