UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES WOOD, | No. 2:14-cv-01421-KJM-CKD |
| Plaintiff, | |
| v. | ORDER |
| SOUTHWEST AIRLINES CO., and DOES 1 through 25, inclusive, | |
| Defendants | |

In a motion filed on November 5, 2015, defendant Southwest Airlines Co. ("Southwest") requests the court prohibit Dr. Vinay Reddy and Dr. Stephen Rapaski from testifying as to their opinions concerning the cause of plaintiff Charles Wood's alleged injuries, including any apportionment as between different causes. ECF No. 21-1.

The court is contemplating continuing hearing on the motion to the same date as the final pretrial conference set for January 2016. Defendant's counsel is ordered to show cause on or before close of business on December 2, 2015, why this motion cannot appropriately be heard as the court contemplates.

IT IS SO ORDERED.

DATED: December 1, 2015.

_____
UNITED STATES DISTRICT JUDGE

1